UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ALMAD RAZAWI, et al., | No. 2:09-cv-00985-MCE-JFM |
| Plaintiffs, | |
| v. | MEMORANDUM AND ORDER |
| DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., et al., | |
| Defendants. | |

Plaintiffs initiated the instant litigation on April 10, 2009.  The Federal Deposit Insurance Corporation ("FDIC") thereafter filed a Motion to Substitute as Real Party in Interest and simultaneously moved to dismiss the Complaint. Defendants MTC Financial Inc. and Central Mortgage Company also filed additional Motions to Dismiss.

///
///
///
///

1

1  Subsequently, on June 2, 2009, Plaintiffs filed a First
2  Amended Complaint.  Accordingly, Defendants' above Motions
3  (Docket Nos. 7, 8, 9, and 12) are moot and are hereby deemed
4  withdrawn without prejudice.
5  IT IS SO ORDERED.

Dated: June 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE