Stephanie L. Krafchak, Esq. (SBN 113865)
Kenderton S. Lynch, Esq. (SBN 90604)
KRAFCHAK & LYNCH
2029 Century Park East, Ste. 900
Los Angeles, California 90067

Tel.   310.772.0034
Fax.   310.772.0121

Attorneys for Defendant,
Federal Deposit Insurance Corporation
As Receiver for Downey Savings, F.A..

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAZAWI and DANIELA RAZAWI, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS, F.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMUNITY ONE FINANCIAL & REAL ESTATE; JAMAL AKBAR; ALEX BURHAN; CHRIS COLON; and DOES 1-20 inclusive. <br><br> Defendants. | Case No.:  2:09-cv-00985-MCE-JFM <br><br> ORDER RE: <br> STIPULATION TO STAY THIS ACTION AS AGAINST DEFENDANT FDIC AS RECEIVER FOR DOWNEY SAVINGS, F.A. FOR A PERIOD OF 180 DAYS DURING THE CLAIMS ADMINISTRATION PERIOD. |

ORDER RE STIPULATION TO STAY THIS ACTION AS AGAINST DEFENDANT FDIC AS RECEIVER FOR DOWNEY SAVINGS, F.A., FOR A PERIOD OF 180 DAYS DURING THE CLAIMS ADMINISTRATION PERIOD.

- 1 -

Having read the Stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This matter shall be stayed as to the Receiver until January 1, 2010, which is 180 days from the date Plaintiffs contend they filed their claim.

2. Nothing in this Order shall be construed as a determination by the Court of any issues relating to Plaintiffs' alleged administrative claim.

Dated: October 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE