UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAZAWI and DANIELA RAZAWI,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. EL AL.,<br><br>　　　　　Defendant. | No.  2:09-cv-00985-TLN-JFM<br><br>**ORDER** |

　　　　This matter is before the Court because both parties failed to submit a Joint Pretrial Statement in accordance with the Court's Order dated June 21, 2013 (ECF No. 58).  On July 30, 2013, the Court ordered both parties to show cause as to why they should not each be sanctioned in the amount of $250 for failure to file their Joint Pretrial Statement.  (*See* Minute Order, ECF No. 59.)  Plaintiffs Ahmad and Daniela Razawi ("Plaintiffs") have filed declarations stating that their failure was an oversight and a clear mistake.  (*See* ECF Nos. 61; 62.)  The Court declines to sanction Plaintiffs at this time, but cautions Plaintiffs that it will not tolerate failure to comply with this Courts' orders in the future.

　　　　Defendant Federal Deposit Insurance Corporation ("Defendant") has failed to comply with the Court's Order to Show Cause.  As such, the Court hereby sanctions Defendant in the amount of $250.  In addition, due to Defendant's failure to comply with this Court's Orders, all

1

1  pending trial dates are hereby vacated.  The parties are ordered to file a Joint Status Report within
2  thirty (30) days of the filing of this Order.  Finally, the Court cautions Defendant that should it
3  continue to disregard the orders of the Court, it will be further sanctioned.

5     IT IS SO ORDERED.
6  Dated:  August 19, 2013

   Troy L. Nunley
   United States District Judge